IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

                                              PLAINTIFF(S)

v.                    Civil No.

                                             DEFENDANT(S)

<u>CLERK'S ORDER OF DISMISSAL</u>

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed prejudice.

Dated:

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By:_____
                        Deputy Clerk